DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON LEE NALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0327 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| JASON LEE NALL, ) | |
| ) | Date:  June 4, 2007 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON LEE NALL that the status conference scheduled for June 4, 2007, be vacated, and that this case be calendared for further status conference on June 25, 2007 at 10:00 a.m in order to permit further investigation into factors bearing on possible resolution of the case without trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq. be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv)(Local Code T-4).

The court is advised that counsel have conferred and that Mr. Hitt has authorized Mr. Staniels to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: May 31, 2007  /S/ Jason Hitt by jls per auth
Jason Hitt
Assistant United States Attorney

Dated: May 31, 2007  /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for JASON LEE NALL

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 31, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE