DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON LEE NALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )   No. 2:06-cr-0327 FCD |
| )|
| Plaintiff,        ) |
| )   STIPULATION AND ORDER CONTINUING |
| v.                      )   CASE AND EXCLUDING TIME |
| ) |
| JASON LEE NALL,                             ) |
| )   Date:  July 23, 2007 |
| Defendant.       )   Time:  10:00 a.m. |
| )   Judge: Hon. Frank C. Damrell Jr. |
| _____) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON LEE NALL that the status conference scheduled for July 23, 2007, be vacated, and that this case be calendared for further status conference on August 13, 2007 at 10:00 a.m. in order to permit consultation on a term in a proposed plea agreement which is believed to be in error and due to the unavailability of defense counsel between July 26, 2007 and August 7, 2007.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq. be excluded pursuant to 18 U.S.C.

1  § 3161(h)(8)(A) & (B)(iv)(Local Code T-4).

2          The court is advised that counsel have conferred and that Mr.
3  Hitt has authorized Mr. Staniels to sign this stipulation on his
4  behalf.

5          **IT IS SO STIPULATED.**

7  Dated: July 20, 2007                  /S/ Jason Hitt
                                         Jason Hitt
8                                        Assistant United States Attorney

10 Dated: July 20, 2007                  /S/ Jeffrey L. Staniels
                                         Jeffrey L. Staniels
11                                       Assistant Federal Defender
                                         Counsel for JASON LEE NALL

14       **IT IS SO ORDERED.**

15 DATED: July 20, 2007

                                         _____
                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE