DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JASON LEE NALL


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-327 MCE |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER CONTINUING CASE. |
| ) JASON LEE NALL, ) | Date:  June 28, 2012 |
| ) Defendant. ) | Time:  9:00 a.m. |
| ) _____ ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's June 28, 2012, calendar, that it be continued until July 19, 2012, at 9:00 a.m. for status conference.

Discussions between counsel concerning aspects and possible resolution of the new law violation charge are needed before a decision concerning the scope of admissions and/or denials can be made.

///

1  **IT IS FURTHER STIPULATED** that the provisions of the Speedy Trial
2  Act, 18 U.S.C. §3161 *et. seq.* do not apply to proceedings regarding this
3  Supervised Release Petition
4  **IT IS SO STIPULATED.**
5
6  Dated: July 3, 2012          /s/ *Jason Hitt*
7                               Jason Hitt
                                 Assistant United States Attorney
                                 Counsel for Plaintiff
8
9  Dated: July 3, 2012          /s/ Jeffrey L. Staniels
10                              Jeffrey L. Staniels
                                Assistant Federal Defender
11                              Counsel for Defendant
                                JASON LEE NALL
12
13
14                              **O R D E R**
15     The above stipulation is hereby accepted.  This matter will be
16  dropped from this court's July 5, 2012, criminal calendar and re-
17  calendared for July 19, 2012, at 9:00 a.m.
18     **IT IS SO ORDERED.**
19  Dated: July 5, 2012
20
21                              _____
22                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

Stipulation & Order
Continuing Case                    2