DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON LEE NALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0327 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING CASE |
| v. ) | AND EXCLUDING TIME |
| JASON LEE NALL, ) | |
| ) | Date:  August 23, 2012 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JASON LEE NALL that the status conference scheduled for August 23, 2012 in this supervised release violation matter be vacated, and that this case be calendared for evidentiary hearing on September 20, 2012.

**IT IS SO STIPULATED**.

Dated: August 22, 2012                /S/ Jason Hitt
                                      Jason Hitt
                                      Assistant United States Attorney

1 | Dated: August 22, 2012                    /S/ Jeffrey L. Staniels
                                             Jeffrey L. Staniels
2                                            Assistant Federal Defender
                                             Counsel for JASON LEE NALL
3

4
                          **O R D E R**
5
       **IT IS SO ORDERED.**
6

7
 Dated: August 27, 2012
8

9                                      _____
                                       MORRISON C. ENGLAND, JR.
10                                     UNITED STATES DISTRICT JUDGE

Stipulation & Order                    2