```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 2:06-cr-0327 MCE
                                 )
12          Plaintiff,           )  STIPULATION AND ORDER RESETTING
                                 )  THE EVIDENTIARY HEARING DATE FOR
13       v.                      )  PETITION ALLEGING SUPERVISED
                                 )  RELEASE VIOLATIONS
14  JASON NALL,                  )
                                 )
15          Defendant.           )
                                 )
16                               )
    _____)
17
18       Based upon the availability of counsel, the assigned Probation
19  Officer, and the Court, the plaintiff, United States of America, by
20  and through its counsel, Assistant United States Attorney Jason
21  Hitt, and defendant Jason NALL, by and through his counsel, Jeff
22  Staniels, Esq., stipulate and agree that the evidentiary hearing
23  date of
24  ///
25  ///
26  ///
27  ///
28  ///
```

September 20, 2012, on the pending petition alleging supervised release violations should be reset to October 11, 2012, at 9:00 a.m.

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: September 17, 2012       By:  /s/Jason Hitt
                                            JASON HITT
                                            Assistant U.S. Attorney


DATED: September 17, 2012       By:  /s/Jason Hitt
                                            Authorized to sign for Mr.
                                            Staniels on 09-07-12
                                            JEFFREY STANIELS, Esq.
                                            Attorney for Jason NALL


## O R D E R

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

    1. The evidentiary hearing set for September 20, 2012, is hereby vacated; and

    2. An evidentiary hearing on the pending petition alleging supervised release violations is set for October 11, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE