McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2718

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON LEE NALL,<br><br>Defendant. | CASE NO. 2:06-CR-327-MCE<br><br>STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER<br><br>DATE: June 7, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record (the "Parties"), hereby stipulate as follows:

1. By previous order, this matter was set for admit/deny on June 7, 2018.

2. The Parties understand that the probation officer is preparing an Amended Petition for revocation of supervised release.

3. By this stipulation, the Parties jointly request to continue the admit/deny hearing until June 28, 2018.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: June 5, 2018 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | /s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: June 5, 2018 | | /s/ David H. Harshaw<br>David H. Harshaw<br>Counsel for Defendant<br>JASON LEE NALL |

### ORDER

Pursuant to the stipulation of the parties and good cause having been shown, the admit/deny hearing currently scheduled for June 7, 2018 is hereby continued to June 28, 2018.

IT IS SO ORDERED.

Dated: June 7, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE