UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.: 2:06-cr-00327-MCE |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JASON NALL, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JASON NALL in case number 2:06-cr-00327-MCE, from custody for the following reason(s):

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other: |

Pursuant to the Court's sentence imposed on September 13, 2018, the defendant shall be released on September 17, 2018, by 8:30 a.m.

Issued at Sacramento, California on September 14, 2018, at 2:30 p.m.

DATED: September 14, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE